UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-1743-KK-SPx | Date: | February 6, 2025 |
|---|---|---|---|
| Title: | *Michael Walker v. Capitol North American, Inc., et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause re: Federal Court Jurisdiction

The Court is in receipt of plaintiff Michael Walker's request to remand. Dkt. 22. Plaintiff states he filed an amended complaint in state court on October 7, 2024, to "reduce the amount demanded to $10,000."[1] Id. As Plaintiff correctly states, this Court's jurisdiction pursuant to the Carmack Amendment requires, inter alia, the amount in controversy to exceed $10,000. Steiner v. Horizon Moving Sys. Inc., 568 F. Supp. 2d 1084, 1086 (C.D. Cal. 2008) (citing 28 U.S.C. § 1337).

Accordingly, Defendants are to file a written response no later than seven days from today's date as to why this Court maintains jurisdiction. Failure to comply will result in this matter being remanded.

---

[1] It is unclear why Plaintiff filed an amended complaint in state court when the matter had been removed to this Court on August 14, 2024. Regardless, if Plaintiff has agreed to limit his damages sought to no more than $10,000, it appears this case should be remanded.